### December 17, 2012

| CAAP–10–00 00037 | State v. Scott | Affirmed |

### December 19, 2012

| 29291 | Kaneshiro v. Administrative Director of Courts | Reversed |

### December 20, 2012

| CAAP–11–00 01050 | KB, In re | Affirmed |
| CAAP–11–00 00766 | State v. Thompson | Vacated and Remanded |

### December 26, 2012

| CAAP–10–00 00219 | State v. Larsen | Affirmed |